No. 76–1363. MARTIN *v.* CLAYTOR, SECRETARY OF THE NAVY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1370. METHOT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1378. WHITESEL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1389. MARVEL ET UX., DBA MARVEL PHOTO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1399. MONTANYE, FORMER CORRECTIONAL SUPERIN-TENDENT, ET AL. *v.* HAYMES. C. A. 2d Cir. Certiorari denied.

No. 76–1402. POIRIER & McLANE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 76–1444. CARBONE *v.* CONNECTICUT; and
No. 76–1532. CARBONE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 76–1448. GRIGSBY *v.* STERLING DRUG, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1458. EAGLE LEASING CORP. ET AL. *v.* HARTFORD FIRE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 76–1459. PFOTZER ET AL. *v.* AMERCOAT CORP. ET AL. Sup. Ct. Conn. Certiorari denied.

No. 76–1462. DANIELS *v.* SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.